1

2

3

4

5

6

7                                          UNITED STATES DISTRICT COURT

8                                         NORTHERN DISTRICT OF CALIFORNIA

9

10   LARRY BAILEY,                                          Case No.  13-cv-04967-WHO (PR)

                     Plaintiff,

11
             v.                                             **ORDER OF DISMISSAL**

12
     JOHN DOE,

13
                     Defendant.

14

15

16          Plaintiff has failed to comply with the Court's order to (1) file a complete

17   application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.

18   He has also failed to file a complaint.  Accordingly, the action is DISMISSED without

19   prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed.

20   R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen

21   the action.  Any such motion **must** contain (1) a complete IFP application, or full payment

22   for the $350.00 filing fee, **and** (2) a complaint.  The Clerk shall enter judgment in favor of

23   defendant, and close the file.

24          **IT IS SO ORDERED.**

25   **Dated:**  December 6, 2013

26                                                          _____
                                                           WILLIAM H. ORRICK
27                                                         United States District Judge

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

LARRY BAILEY,

          Plaintiff,

  v.

CALIFORNIA STATE PRISON CORCORAN
et al,

          Defendant.
_____/

Case Number: CV13-04967 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Larry Bailey AN 9302
Corcoran State Prison
P O Box 5248
Corcoran, CA 93212

Dated: December 6, 2013

                            Richard W. Wieking, Clerk
                            By: Jean Davis, Deputy Clerk