UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BAILEY,<br><br>             Plaintiff,<br><br>   v.<br><br>CSP-CORCORAN, et al.,<br><br>             Defendant(s). | 1:13-cv-02047 AWI JLT (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(Docs. 30, 31)<br><br>20-DAY DEADLINE |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 20, 2014, Plaintiff filed a notice (Doc. 31) and motion (Doc. 30) to extend time to file objections to findings and recommendations.  Good cause having been presented to the court IT IS HEREBY ORDERED that:

   Plaintiff is granted 20 days from the date of service of this order in which to file objections to the Magistrate's Findings and Recommendations.

IT IS SO ORDERED.

   Dated:   **March 26, 2014**                              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE

1